**EXHIBIT A**

| Date | Check No. | Recipient | Amount |
|---|---|---|---|
| 09.12.18 | WIRE | PAUL GOLDSCHLAG | $ 20,000.00 |
| 09.21.18 | 1520 | PAUL GOLDSCHLAG | $ 7,500.00 |
| 10.18.18 | 1573 | PAUL GOLDSCHLAG | $ 5,000.00 |
| 10.24.18 | 1584 | PAUL GOLDSCHLAG | $ 2,500.00 |
| 11.28.18 | 1630 | PAUL GOLDSCHLAG | $ 7,500.00 |
| 12.07.18 | WIRE | PAUL GOLDSCHLAG | $ 12,500.00 |
| 12.12.18 | 1675 | PAUL GOLDSCHLAG | $ 7,000.00 |
| 12.12.18 | 1676 | PAUL GOLDSCHLAG | $ 3,866.66 |
| 12.18.18 | 1710 | PAUL GOLDSCHLAG | $ 3,000.00 |
| 01.05.19 | 1750 | PAUL GOLDSCHLAG | $ 3,000.00 |
| 01.11.19 | 1767 | PAUL GOLDSCHLAG | $ 5,000.00 |
| 01.23.19 | 1774 | PAUL GOLDSCHLAG | $ 1,000.00 |
| 02.11.19 | 1788 | PAUL GOLDSCHLAG | $ 3,700.00 |
| 02.14.19 |  | PAUL GOLDSCHLAG | $ 3,000.00 |
| 03.14.19 | 1909 | PAUL GOLDSCHLAG | $ 4,000.00 |
| 03.20.19 | 1911 | PAUL GOLDSCHLAG | $ 5,500.00 |