IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| **IN RE:** | * | |
| **THE LAW OFFICES OF JONATHAN S. RESNICK, LLC,** | * | Case No. 20-12822-NVA (Chapter 11) |
| | * | |
| **THE LAW OFFICES OF PERRY A. RESNICK, LLC,** | * | Case No. 20-12820-NVA (Chapter 11) |
| | * | |
| **THE LAW OFFICES OF JONATHAN S. RESNICK, PLLC,** | * | Case No. 20-14188-NVA (Chapter 11) |
| | * | |
| **DEBTORS.** | * | (Jointly Administered under Case No. 20-12822-NVA) |

\* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| **ZVI GUTTMAN, Chapter 11 Trustee,** | * | |
| **Plaintiff,** | * | |
| v. | * | **Adv. Proc. No.: 20-00327-NVA** |
| **PAUL GOLDSCHLAG** 370 NE 69th Circle Boca Raton FL 33487, | * * | |
| **Defendant.** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### AFFIDAVIT OF DEFENDANT'S NON-MILITARY STATUS

I, Emily K. Devan, hereby state as follows:

1. I am over eighteen (18) years of age, am competent to be a witness, and have personal knowledge of the facts stated herein.

2. I have made a careful investigation to ascertain whether Defendant Paul Goldschlag ("Mr. Goldschlag") is in the military service of the United States of America (or in

2

the military service of any nation allied with the United States of America) or a member of the military reserves who has been ordered to report for military service, as defined under the Service Members Civil Relief Act, as amended in 2004, 50 U.S.C. App'x §§ 501, *et seq.* (the "Act").

   3.  As set forth on the certificate attached as **Exhibit A**, the information data banks of the Department of Defense Manpower Data Center indicate that, as of December 22, 2020, no individual with the first and last name and date of birth of Mr. Goldschlag is or has been on active duty with the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard) within the preceding 367 days.

   4.  Mr. Goldschlag's last known address is:

> Paul Goldschlag
> 370 NE 69th Circle
> Boca Raton, Florida 33487

I SOLEMNLY SWEAR AND AFFIRM UNDER THE PENALTIES OF PERJURY THAT THE CONTENTS OF THE FOREGOING AFFIDAVIT ARE TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION, AND BELIEF.


DATE: December 23, 2020       /s/ Emily K. Devan
                    Emily K. Devan